IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:15cr031 (1)

DENNIS HUNTER,

    JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION FOR RECONSIDERATION, REVIEW AND REVOCATION OF MAGISTRATE JUDGE'S ORDER OF DETENTION (DOC. #19)

---

Pursuant to a review of the initial Report rendered by the Pretrial Services Office, under date of April 1, 2015, as well as a review of the transcript of the April 1, 2015, detention hearing and, further, noting that the Government has no objections, the Defendant's Motion for Reconsideration, Review and Revocation of Magistrate Judge's Order of Detention (Doc. #19), is sustained.

The Defendant is ordered released on an Own Recognizance Bond with the following special conditions, in addition to the standard conditions applicable to all, to address the risk of flight and/or danger to the community:

1. Report to the U.S. Pretrial Services Officer on a schedule determined by the officer.

2. Remain in the Southern District of Ohio

3. Avoid all contact, directly or indirectly with any person who is mor may become a victim or potential witness in the investigation or prosecution.

4. Refrain from possessing a firearm, destructive device, or other dangerous weapon.

5. Refrain from excessive use of alcohol.

6. Do not use or unlawfully possess a narcotic drug or other controlled substance unless it is prescribed by a licensed medical practitioner.

7. Submit to testing for a prohibited substance if required by the pretrial services office or the supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The Defendant must not obstruct, attempt to obstruct, or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance screening or testing.

8. Participate in a home confinement (Home Incarceration) program with location monitoring (RF Frequency) under the guidance of the Pretrial Services Officer. If employed, defendant shall incur the cost of the electronic monitoring equipment (required).

9. Participate in a mental health evaluation as directed by U.S. Pretrial Services.

10. Refrain from any gambling or entering any gambling establishment.

In so ruling, the Court believes that this Defendant has overcome the presumption of detainability applicable to charges such as those with which the Defendant is charged.

May 15, 2015

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

-2-

Copies to:

Counsel of record
Vali Dye, U.S. Pretrial Services Officer
U.S. Marshals Service